UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FIRAS AYOUBI, <br><br> Plaintiff, <br><br> vs. <br><br> HANESBRANDS, INC., et al, <br><br> Defendant. | No. <br> LEE COUNTY NO. 2019-L-17 |

### KEEFE GROUP INC.'S NOTICE OF REMOVAL

COMES NOW Defendant KEEFE GROUP, LLC[1] (hereinafter "Keefe"), by and through its undersigned counsel, and for its Notice of Removal pursuant to 28 U.S.C.§ 1331 and §1441(a), states as follows:

1. Plaintiff Firas Ayoubi filed suit in Lee County, Illinois, on October 2, 2019. Keefe received the summons dated April 11, 2022, on May 3, 2022. See Complaint, attached hereto as Exhibit A, and incorporated herein by this reference.

2. Thirty days have not elapsed since the receipt of the Complaint by Keefe.

3. Plaintiff claims that while incarcerated at Pinckneyville Correctional Center he purchased Hanes and Fila branded products from Keefe which were

---

[1] The undersigned requests that this Court take judicial notice of the Missouri Secretary of State's filings related to "Access Catalog Company" a named Defendant in this matter. On July 30, 1999, Access Catalog Company merged into Access Catalog Company, LLC. In turn, Access Catalog Company, LLC, merged into Keefe Group, LLC on October 1, 2015. The undersigned's entry on behalf of Keefe Group, LLC is effectively an entry on behalf of named Co-Defendant Access Catalog Company, which has not existed for over twenty years. Courtesy copies of these filings are attached hereto for the Court's convenience as Exhibit B. Access is not a proper defendant and to the extent it can be, it has not been properly served.

defective Ex. A, p. 5. He claimed that this issue continued when he was transferred to Dixon Correctional Center. Ex. A, p. 5.

4. Removal is proper based upon diversity of citizenship under 28 U.S.C. §§1332(a)(1), 1441(a), and 1446.

5. Plaintiff Firas Ayoubi was, and is, at the time this lawsuit was filed a resident of the State of Illinois. Ex. A, p. 4.

6. Keefe's principal place is business is in St. Louis, Missouri. Ex. A, p. 4.

7. Hanesbrand, Inc. is alleged to have its principal place of business in Winston-Salem, North Carolina. Ex. A, p. 4.

8. Fila Sporting Goods Co. is alleged to have its principal place of business in Starks-Glencoe, MD. Ex. A, p. 4.

9. Handsbrand, Inc. has not entered its appearance and Fila Sporting Goods Co. consents to this removal.

10. The amount in controversy is expected to exceed Jurisdictional Requirements for Subject Matter Jurisdiction. While Plaintiff does not plead the specific amount he was allegedly harmed, Plaintiff states that because of the "size and affluence of [Defendants], plaintiff seeks compensatory, presumed, actual and punitive damages over the jurisdiction minimum not only to reasonably compensate plaintiff but also to punish and deter the defendants, and others from doing the same." Ex. A, p. 14.

11. By virtue of the foregoing, the Defendant Keefe hereby removes this action to the United States District Court for the Northern District of Illinois.

12. This Court is the District Court of the United States for the district and division embracing the place where the state court action is currently pending is therefore the appropriate Court for removal pursuant to 28 U.S.C. § 1441(a).

13. Keefe files herewith in this Court a copy of all process, pleadings and orders served by or upon them in this action, as a part of the Notice of Removal, which consists of the Summons and Complaint. See <u>Ex. A</u>.

14. The Clerk of Court for Lee County, Illinois, from which this action is removed, and Plaintiffs shall promptly be given written Notice that the Notice of Removal has been filed and shall be provided a copy of the Notice of Removal.

Wherefore, Defendant KEEFE GROUP, LLC. respectfully requests that this Notice of Removal be accepted as sufficient for removal of this action to this Court; and for such other and further relief as this Court deems meet and just in the circumstances. Respectfully submitted,

Date: May 5, 2022
*/s/ Alexander B. Chosid*
Alexander B. Chosid
TKC Holdings, Inc.
1260 Andes Boulevard
St. Louis, MO 63132
Tel: (314) 216-2218
Fax: (314) 213-1190
Alex.Chosid@TKCHoldings.com

*Attorney for Defendant*
*Keefe Group, LLC.*

## **CERTIFICATE OF SERVICE**

      I, Alexander B. Chosid, hereby certify that on this **5th day of May, 2022,** a true and accurate copy of the foregoing was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel who have entered an appearance to date.

      I also certify that a true and accurate copy of the foregoing was served via Federal Express, postage prepaid, upon the following non-participants in electronic filing:

Firas Ayoubi, #R66956
2600 N. Brinton Avenue
Dixon, IL 61021
Plaintiff- *pro se*

                          */s/ Alexander B. Chosid*
                          Alexander B. Chosid